NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
RONALD CHENG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6296
Ronald.Cheng@usdoj.gov

*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MANUEL FELIX,<br><br>    Defendant. | Case No. 2:97-mj-01170-NJK<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

  The United States of America, by and through its attorneys, Nicholas A. Trutanich, United States Attorney, and Ronald L. Cheng, Assistant United States Attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the criminal complaint filed against defendant MANUEL FELIX, on September 10, 1997 (ECF No. 1) and any outstanding (warrant) issued thereon.  The United States has evaluated the age of the case and determined that dismissing the case and any outstanding warrant is in the best interests of justice.

///

///

According, the United States respectfully requests that the Court dismiss the complaint and any outstanding warrant against the above-captioned defendant.

DATED: May 19, 2020

Respectfully Submitted,

NICHOLAS A. TRUTANICH
United States Attorney

_/ s / Ronald L. Cheng_
RONALD L. CHENG
Assistant United States Attorney

The Government's motion is hereby  __GRANTED__ .

SO ORDERED:

_____    Dated: __September 2, 2020__
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2